PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
IAN M. KYSEL (SB#316059)
ikysel@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1851 E. First Street, Suite 450
Santa Ana, CA 92705
Telephone: (213) 977-9500
Facsimile: (714) 543-5240

DAVID M. HERNAND (SB #162733)
davidhernand@paulhastings.com
KATHERINE F. MURRAY (SB# 211987)
katherinemurray@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Kenneth Glover; David Sestini; Douglas Frederes Jr.; Jeffrey Aiken; Katrina Aune; John Miller; and Lisa Holbrook, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAGUNA BEACH; THE LAGUNA BEACH POLICE DEPARTMENT, a California charter city<br><br>Defendants. | CASE NO. 8:15-CV-01332-AG-DFM<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Judge: Hon. Andrew J. Guilford<br>Courtroom: 10D |

## **ORDER**

WHEREAS, based upon the Stipulation of the Parties, and for good cause shown, it is hereby ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41, this action, including all class and individual claims asserted in this action, is hereby dismissed with prejudice;

2. Each party is responsible for its own attorneys' fees and costs with respect to this lawsuit.

3. The Court will retain jurisdiction for the sole purpose of enforcing any term or condition of the Class Claims Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 12/21/2018

Andrew J. Guilford
United States District Court Judge

JOINT STIPULATION AND PROPOSED ORDER
DISMISSING CASE WITH PREJUDICE